Danielle M. Guard (SBN: 173505)
Hardy Erich Brown & Wilson
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, CA 95814
Tel: (916) 449-3837
(916) 449-3888 [Fax]
dguard@hebw.com

**Attorneys for Defendants**

Robert J. McKennon (SBN 123176)
Joseph S. McMillen (SBN 174561)
MCKENNON Law Group PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Tel: (949) 387-9595
Email: rm@mckennonlawgroup.com
jm@mckennonlawgroup.com

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO A. NAVA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC BELL TELEPHONE COMPANY, ET AL.,<br><br>　　　　　　Defendants. | Case No.: 2:17-cv-00296-MCE-DB<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(a)**<br><br>Complaint Filed: February 10, 2017 |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendants PACIFIC BELL TELEPHONE COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., may have until April 4, 2017, to file a responsive pleading to Plaintiff's Complaint in order to allow Defendants to obtain information necessary to file an Answer to the Complaint. This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a). This is the first stipulation for an extension of time between the parties. Pursuant to Local

Rule 144(a), approval of this stipulation by the Court is not necessary.

Dated: __March 3, 2017___    HARDY ERICH BROWN & WILSON

By: __/s/ Danielle M. Guard__
Danielle M. Guard (SBN 173505)
dguard@hebw.com

Attorneys for Defendants

Dated: __March 3, 2017____    MCKENNON LAW GROUP, P.C.

By: /s/ Joseph S. McMillen (as authorized on 3/3/17)
Robert J. McKennon (SBN 123176)
Joseph S. McMillen (SBN 174561)
rm@mckennonlawgroup.com
jm@mckennonlawgroup.com

Attorneys for Plaintiff

## ORDER

Pursuant to the parties' stipulation, the time for Defendants PACIFIC BELL TELEPHONE COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. to answer or otherwise respond to Plaintiff's complaint shall be extended to Thursday, April 4, 2017.

IT IS SO ORDERED.

Dated: March 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE