Ryan N. Dunlevy (SBN 300818)
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street, Suite 200
Sacramento, CA 95814
Tel: (916) 449-3837
Fax: (916) 449-3888
Email: rdunlevy@hebw.com

Stacey A. Campbell, (Colo. Bar No.: 38378 (admitted *pro hac vice*))
CAMPBELL LITIGATION, P.C.
730 Seventeenth St., Suite 730
Denver, Colorado 80202
Tel: (303) 536-1833
Email: stacey@campbell-litigation.com

**Attorneys for Defendants Pacific Bell Telephone Company and Sedgwick Claims Management Services, Inc.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| MARIO A. NAVA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL TELEPHONE COMPANY, ET AL.,<br><br>Defendants. | Case No.: 2:17-cv-00296-MCE-DB<br><br>**ORDER ON STIPULATED DISMISSAL OF COMPLAINT, WITH PREJUDICE**<br><br>Complaint Filed: February 10, 2017 |

In accordance with the parties' stipulation, and good cause appearing, this action Is hereby dismissed with prejudice in its entirety, each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE